MATTHEWS CONSTRUCTION COMPANY, A CORPORATION, APPELLANT, v. JAMES C. BRADY, RESPONDENT.

Submitted October 28, 1927—Decided February 6, 1928.

442

For the appellant, *William C. Vandewaler.*

For the respondent, *Beekman & Schwed.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Lawrence in the Circuit Court.

*For reversal*—None.